ASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamza Oiskhine,<br><br>　　　　　Petitioner,<br><br>v.<br><br>David Rivas, et al.,<br><br>　　　　　Respondents. | No.   CV-25-04600-PHX-SHD (ASB)<br><br>**ORDER** |

　　　　Petitioner Hamza Oiskhine, who is confined in the San Luis Regional Detention Center, has filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), several motions for injunctive relief (Docs. 3, 4, 5), and a Motion for Appointment of Counsel (Doc. 6).  Upon review of the filings, the Court finds that appointment of counsel is in the interest of justice, and will thus grant the Motion for Appointment of Counsel.  18 U.S.C. § 3006A(a)(2)(B).  Counsel shall have 15 days from the date of this Order to file either an amended petition (and any injunctive and/or discovery motions supporting the amended petition), or a notice indicating that no amended petition will be filed.  Thereafter, the Court will order a response from Respondents, if necessary.

**IT IS ORDERED:**

　　　　(1)　Petitioner's Motion for Appointment of Counsel (Doc. 6) is **granted**. Assistant Federal Public Defender Keith Hilzendeger is appointed as counsel for Petitioner in this matter pursuant to 18 U.S.C. § 3006A(a)(2)(B).

///

(2)  Within **15 days** from the date of this Order, counsel for Petitioner shall file either an amended petition setting forth all of the grounds on which Petitioner seeks relief, or a notice indicating that no amended petition will be filed.

(3)  The Motions at Docs. 3, 4, and 5 are **denied without prejudice**.

Dated this 26th day of January, 2026.

_____
Honorable Sharad H. Desai
United States District Judge