ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamza Oiskhine,<br><br>   Petitioner,<br><br>v.<br><br>David Rivas, et al.,<br><br>   Respondents. | No. CV-25-04600-PHX-SHD (ASB)<br><br>**ORDER** |

  Petitioner Hamza Oiskhine, who was then confined in the San Luis Regional Detention Center, filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), several motions for injunctive relief, and a Motion for Appointment of Counsel.  By Order dated January 26, 2026, the Court granted the Motion for Appointment of Counsel, and gave counsel 15 days to file either an amended petition (and any injunctive and/or discovery motions supporting the amended petition), or a notice indicating that no amended petition would be filed.  On January 30, 2026, appointed counsel filed a Notice (Doc. 10) indicating that Petitioner had been released from custody on January 28, 2026, and suggesting that the Petition was therefore moot.  Based on the representations in the Notice, the Court will dismiss the Petition and this action without prejudice as moot.

. . . .

. . . .

. . . .

. . . .

Accordingly, **IT IS ORDERED** that the Petition (Doc. 1) and this action are **dismissed without prejudice as moot**.  The Clerk of Court must enter judgment accordingly and close this case.

Dated this 2nd day of February, 2026.

_____
Honorable Sharad H. Desai
United States District Judge